The People of the State of New York ex rel. Rynaldo Estates, Inc., Relator, v. The Commissioner of Assessment and Taxation and the Board of Review of the City of Troy, New York, Defendants. Re: 1939 Assessment. The People of the State of New York ex rel. Rynaldo Estates, Inc., Relator, v. The Commissioner of Assessment and Taxation and the Board of Review of the City of Troy, New York, Defendants. Re: 1940 Assessment.— Motion

to dismiss appeal in two assessment proceedings. The notice of appeal served on the 3d day of February, 1941, referred to one order instead of two. Apparently the relator has not been prejudiced in any respect. The court directs that the notice of appeal be corrected and amended *nunc pro tunc* so as to recite that defendants have appealed from the final order and judgment in each of the proceedings. Motion to dismiss appeal denied, without costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.